RECEIVED

FEB - 4 2010

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE/OPELOUSAS DIVISION

| | |
|---|---|
| CHESTER JAMES REESE | CIVIL ACTION NO. 08-1423 |
| VERSUS | JUDGE DOHERTY |
| MICHAEL ASTRUE, COMMISSIONER OF SOCIAL SECURITY | MAGISTRATE JUDGE HANNA |

*JUDGMENT*

This matter was referred to United States Magistrate Judge Patrick J. Hanna for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein.

Accordingly,

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the decision of the Commissioner be **REVERSED AND REMANDED** for consideration of claimant's incontinence, individually and in combination with his other impairments, throughout the sequential disability analysis.

Lafayette, Louisiana, this _____ day of February, 2010.

JUDGE REBECCA F. DOHERTY